Rory Kay (NSBN #12416)
McDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Fax: 702.873.9966
rkay@mcdonaldcarano.com

KARLA KRAFT, State Bar No. 205530 *(admitted pro hac vice)*
  kkraft@sycr.com
KATIE BEAUDIN, State Bar No. 306402 *(admitted pro hac vice)*
  kbeaudin@sycr.com
STRADLING YOCCA CARLSON & RAUTH
A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Attorneys for Defendants
Gallant Capital Partners, LLC, and
Quality Built, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EI CORPORATION, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GALLANT CAPITAL PARTNERS, LLC, a Delaware limited liability company; QUALITY BUILT, LLC, a Delaware limited liability company; and JOHN GILLETT, an individual,<br><br>Defendants. | CASE NO. 2:20-cv-01119-APG-NJK<br><br>Hon. Andrew P. Gordon<br><br>**DEFENDANT GALLANT CAPITAL PARTNERS, LLC'S CERTIFICATE OF INTERESTED PARTIES**<br><br>Complaint Filed:  June 24, 2020 |

In accordance with Fed.R.Civ.P. 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Gallant Capital Partners, LLC, certifies that the following have a direct, pecuniary interest in the outcome of this case:

1. GALLANT CAPITAL PARTNERS, LLC, a Delaware limited liability company

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED:  July 27, 2020        McDONALD CARANO LLP

By: */s/ Katie Beaudin*
Rory Kay, Esq.
Nevada Bar No. 12416
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102

and

KARLA KRAFT,
*(admitted pro hac vice)*
KATIE BEAUDIN,
*(admitted pro hac vice)*
STRADLING YOCCA CARLSON & RAUTH, A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422

Attorneys for Defendant
Gallant Capital Partners, LLC and
Quality Built, LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
QUALITY BUILT, LLC'S CERTIFICATE OF INTERESTED PARTIES
CASE NO. 2:20-cv-01119
4840-6736-5313v1/105544-0004