1  KARLA KRAFT, State Bar No. 205530
     kkraft@sycr.com
2  KATIE BEAUDIN, State Bar No. 306402
     kbeaudin@sycr.com
3  STRADLING YOCCA CARLSON & RAUTH
   A PROFESSIONAL CORPORATION
4  660 Newport Center Drive, Suite 1600
   Newport Beach, CA 92660-6422
5  Telephone:  (949) 725-4000
   Facsimile:  (949) 725-4100
6
   Attorneys for Defendants
7  Quality Built, LLC, and
   Gallant Capital Partners, LLC
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EI CORPORATION, INC., a Nevada corporation, | CASE NO. 3:20-cv-01454-WQH-LL |
| Plaintiff, | Hon. William Q. Hayes |
| vs. | **DEFENDANTS QUALITY BUILT, LLC AND GALLANT CAPITAL PARTNERS, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS** |
| GALLANT CAPITAL PARTNERS, LLC, a Delaware limited liability company; QUALITY BUILT, LLC, a Delaware limited liability company; and JOHN GILLETT, an individual, | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| Defendants. | Hearing Date: September 14, 2020 |
| | Complaint Filed:  June 24, 2020 |

NOTICE OF MOTION TO DISMISS

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4821-3909-1911v1/105544-0004

1      **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      **NOTICE IS HEREBY GIVEN** that on September 14, 2020, or as soon

3 thereafter as the matter may be heard by the above-entitled Court, located at, 333

4 West Broadway, San Diego, CA 92101, Courtroom 14B, pursuant to Rule 12(b)(6)

5 of the Federal Rules of Civil Procedure, defendants Quality Built, LLC, and

6 Gallant Capital Partners, LLC hereby move to dismiss plaintiff Ei Corporation,

7 Inc.'s Complaint, and each of the following claims therein: the first cause of action

8 for breach of contract, second cause of action for breach of the implied covenant of

9 good faith and fair dealing, the fifth cause of action for misappropriation of trade

10 secrets under the Defend Trade Secrets Act, the sixth cause of action for

11 misappropriation of trade secrets under the Nevada Trade Secrets Act, the ninth

12 cause of action for tortious interference with contractual relations, the tenth cause

13 of action for tortious interference with prospective economic advantage, and the

14 eleventh cause of action for injunctive relief.

15      These motions are based on this Notice of Motion and Motion, and, all other

16 pleadings and papers on file in this action; such matters of which the Court may

17 take judicial notice; and such other oral and documentary evidence and argument

18 as may be presented in the Court at the hearing of the motion.

19

20 DATED:  August 11, 2020      STRADLING YOCCA CARLSON &
     RAUTH, P.C.

21

22      By:  s/ Katie Beaudin
     Karla Kraft

23      Katie Beaudin

24      Attorneys for Defendants
     Quality Built, LLC, and

25      Gallant Capital Partners, LLC

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
NOTICE OF MOTION TO DISMISS
4821-3909-1911v1/105544-0004