KARLA KRAFT, State Bar No. 205530
  kkraft@sycr.com
KATIE BEAUDIN, State Bar No. 306402
  kbeaudin@sycr.com
STRADLING YOCCA CARLSON & RAUTH
A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Attorneys for Defendants
Quality Built, LLC, and
Gallant Capital Partners, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EI CORPORATION, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GALLANT CAPITAL PARTNERS, LLC, a Delaware limited liability company; QUALITY BUILT, LLC, a Delaware limited liability company; and JOHN GILLETT, an individual,<br><br>Defendants. | CASE NO. 3:20-cv-01454-WQH-LL<br><br>Hon. William Q. Hayes<br><br>**DEFENDANTS QUALITY BUILT, LLC AND GALLANT CAPITAL PARTNERS, LLC'S NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Hearing Date: November 30, 2020<br><br>Complaint Filed:  June 24, 2020 |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **NOTICE IS HEREBY GIVEN** that on November 30, 2020, or as soon

3  thereafter as the matter may be heard by the above-entitled Court, located at, 333

4  West Broadway, San Diego, CA 92101, Courtroom 14B, pursuant to Rule 12(b)(6)

5  of the Federal Rules of Civil Procedure, defendants Quality Built, LLC, and

6  Gallant Capital Partners, LLC hereby move to dismiss plaintiff Ei Corporation,

7  Inc.'s First Amended Complaint, and each of the following claims therein: the first

8  cause of action for breach of contract, second cause of action for breach of the

9  implied covenant of good faith and fair dealing, the fifth cause of action for

10  misappropriation of trade secrets under the Defend Trade Secrets Act, the sixth

11  cause of action for misappropriation of trade secrets under the Nevada Trade

12  Secrets Act, the ninth cause of action for tortious interference with contractual

13  relations, the tenth cause of action for tortious interference with prospective

14  economic advantage, the eleventh cause of action for tortious interference with

15  contractual relations and the thirteenth cause of action for injunctive relief.

16  These motions are based on this Notice of Motion and Motion, Declaration

17  of Katie Beaudin and, all other pleadings and papers on file in this action; such

18  matters of which the Court may take judicial notice; and such other oral and

19  documentary evidence and argument as may be presented in the Court at the

20  hearing of the motion.

22  DATED: October 22, 2020        STRADLING YOCCA CARLSON & RAUTH, P.C.

24                                 By:  s/ Katie Beaudin
                                   Karla Kraft
                                   Katie Beaudin

26                                 Attorneys for Defendants
                                   Quality Built, LLC, and
                                   Gallant Capital Partners, LLC