| | |
|---|---|
| 1 | KARLA KRAFT, State Bar No. 205530 |
| | kkraft@sycr.com |
| 2 | KATIE BEAUDIN, State Bar No. 306402*)* |
| | kbeaudin@sycr.com |
| 3 | STRADLING YOCCA CARLSON & RAUTH |
| | A PROFESSIONAL CORPORATION |
| 4 | 660 Newport Center Drive, Suite 1600 |
| | Newport Beach, CA 92660-6422 |
| 5 | Telephone: (949) 725-4000 |
| | Facsimile: (949) 725-4100 |
| 6 | |
| 7 | Attorneys for Defendants |
| | Quality Built, LLC, and |
| 8 | Gallant Capital Partners, LLC |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EI CORPORATION, INC., a Nevada corporation, | CASE NO. 3:20-cv-01454-WQH-LL |
| Plaintiff, | Hon. William Q. Hayes |
| vs. | **DECLARATION OF KATIE BEAUDIN IN SUPPORT OF DEFENDANTS QUALITY BUILT, LLC AND GALLANT CAPITAL PARTNERS, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| GALLANT CAPITAL PARTNERS, LLC, a Delaware limited liability company; QUALITY BUILT, LLC, a Delaware limited liability company; and JOHN GILLETT, an individual, | |
| Defendants. | Complaint Filed: June 24, 2020 |

I, Katie Beaudin, declare:

1. I am an attorney duly authorized to practice law in the state of California. I am an associate in the law firm Stradling Yocca Carlson & Rauth and counsel of record for Defendant Quality Built, LLC ("Quality Built"). I make each of the statements below based on my own personal knowledge and a review of the files associated with this matter. If called as a witness, I could and would testify competently to the facts stated herein.

2. Attached hereto as **<u>Exhibit A</u>** is a true and correct copy of a redline comparison of Plaintiff's Complaint and First Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 22nd of October, 2020 in Newport Beach, California.

        /s/ Katie Beaudin
        Katie Beaudin

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

DECLARATION OF KATIE BEAUDIN ISO DEFENDANTS QUALITY BUILT, LLC AND GALLANT CAPITAL PARTNERS, LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

4817-9752-0591v1/105544-0004        CASE NO. 3:20-cv-01454